# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136712

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ROBERT JOSEPH GIBISAS,
　　　　Defendant-Appellant.

SC: 136712
COA: 284734
Kent CC: 07-005956-FH

_____/

　　　　On order of the Court, the application for leave to appeal the May 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828